FILED

JUN 1 9 2018

Matthew Thela
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-50074 |
| Plaintiff, | REDACTED INDICTMENT |
| v. | Receipt of Obscene Visual Representations of the Sexual Abuse of Children (18 U.S.C. § 1466A(a)(1)) |
| ANDREW PAUL HALLOCK, | |
| Defendant. | Possession of Obscene Visual Representations of the Sexual Abuse of Children (18 U.S.C. § 1466A(b)) |
| | Transportation of Obscene Matter (18 U.S.C. § 1462(a)) |

The Grand Jury charges:

## COUNT I

On or about between October 14, 2015, and January 30, 2018, in the District of South Dakota and elsewhere, the defendant, Andrew Paul Hallock, did knowingly receive a visual depiction of any kind, including a drawing and cartoon that depicts a minor engaging in sexually explicit conduct and is obscene, and the defendant, Andrew Paul Hallock, knew, at the time of the receipt, the sexually oriented nature of the contents of the visual depiction, and at the time of the receipt, the defendant knew that the visual depiction was of a minor, and the visual depiction was transported in interstate commerce, namely via the internet, all in violation of 18 U.S.C. § 1466A(a)(1).

## COUNT II

On or about between October 14, 2015, and January 30, 2018, in the District of South Dakota and elsewhere, the defendant, Andrew Paul Hallock, did knowingly possess a visual depiction of any kind, including a drawing and cartoon that depicts a minor engaging in sexually explicit conduct and is obscene, and the defendant, Andrew Paul Hallock, knew, at the time of the possession, the sexually oriented nature of the contents of the visual depiction, and at the time of the receipt, the defendant knew the visual depiction was of a minor, and the visual depiction was transported in interstate commerce, namely via the internet, all in violation of 18 U.S.C. § 1466A(b).

## COUNT III

On or about between June 29, 2017, and January 30, 2018, in the District of South Dakota and elsewhere, the defendant, Andrew Paul Hallock, did knowingly use an interactive computer service for carriage in interstate and foreign commerce any obscene, lewd, lascivious, and filthy matter, namely the defendant, Andrew Paul Hallock, produced, with another individual, writings depicting the rape of a minor, utilizing the internet, all in violation of 18 U.S.C. § 1462(a).

A TRUE BILL:

**Name Redacted**

_____
Foreperson

RONALD A. PARSONS
UNITED STATES ATTORNEY

By: _____