UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-50074 |
| Plaintiff, | MOTION TO DISMISS INDICTMENT |
| vs. | |
| ANDREW PAUL HALLOCK, | |
| Defendant. | |

Comes now the United States by and through its undersigned attorney and moves this Court for an Order dismissing, without prejudice, the Indictment in the above-entitled case as it pertains to the defendant, Andrew Paul Hallock, on the grounds and for the reason that the interests of justice will be best served by dismissing said Indictment.

Dated this 12th day of November, 2020.

RONALD A. PARSONS, JR.
United States Attorney
By:

*/s/ Sarah B. Collins*

_____

SARAH B. COLLINS
Assistant United States Attorney
515 Ninth Street, Suite 201
Rapid City, SD 57701
Telephone:  605-342-7822
Email:  Sarah.B.Collins@usdoj.gov